UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOANNE DAVIS,

    Plaintiff,                                      Case No.: 12-cv-80392-KAM

vs.

U.S. INSTALLATION GROUP INC. and
BRUCE DELUCA,

    Defendants.
_____/

NOTICE OF FILING PROPOSED SUMMONS

Plaintiff **JOANNE DAVIS**, by her attorneys **MORELLI RATNER PC** and **THE ALTERS FIRM**, and pursuant to Rule 4 of the Federal Rules of Civil Procedure hereby files this Notice of Filing Proposed Summons and would state as follows:

1. The Complaint in the above-referenced matter was filed on April 12, 2012. [DE 1].

2. On April 17, 2012 service was effectuated as to Defendant BRUCE DELUCA by serving Dale Biggs, a person in charge at the Defendant's Private Mailbox location at the address of 5030 Champion Boulevard, Suite G6-296, Boca Raton, FL 33496.  A copy of the Return of Service is attached hereto and marked Exhibit 1;

3. On May 7, 2012, through a limited appearance, Defendant DELUCA filed a Motion to Quash Service contesting the validity of the service of process.  [DE 8].

4. Though the Plaintiff maintains that service upon Defendant DELUCA has been properly effectuated, and that he is lawfully and sufficiently on notice of the Complaint filed against him, in an abundance of caution and so as to avoid unnecessary litigation regarding service-related issues, the Plaintiff herein gives notice of her filing the instant alias summons for Defendant DELUCA which the Plaintiff will also serve upon its issuance by the Clerk's Office.

5. As the time period prescribed by Rule 4(m), Fed.R.Civ.Pro., within which to perfect service has not expired, there is no prejudice to any party by the issuance of the attached Alias Summons, marked as Exhibit 2.

Dated: May 22, 2012

Respectfully Submitted,

/s/ Justin D. Grosz

| | |
|---|---|
| Martha M. McBrayer | Justin D. Grosz |
| **MORELLI RATNER PC** | **ALTERS LAW FIRM** |
| MMcBrayer@morellilaw.com | Justin@alterslaw.com |
| Attorneys for Plaintiff | Attorneys for Plaintiff |
| **JOANNE DAVIS** | **JOANNE DAVIS** |
| 950 Third Avenue, 11th Floor | 4141 Northeast 2nd Avenue, Suite 201 |
| New York, New York  10022 | Miami, Florida  33137 |
| (212) 751-9800/fax (212) 751-0046 | (305) 571-8550/ fax (305) 571-8558 |

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**JOANNE DAVIS,**

  **Plaintiff,**            Case No.: **12-cv-80392-KAM**

vs.

**U.S. INSTALLATION GROUP INC. and**
**BRUCE DELUCA,**

  **Defendants.**
_____/

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this **22nd** day of **May, 2012**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

              /s/ Justin D. Grosz_____
              JUSTIN D. GROSZ

## SERVICE LIST

Davis v. U.S. Installation Group, Inc. and Bruce Deluca
Case No.:  12-cv-80392-KAM

United States District Court, Southern District of Florida


J. David Bogenschutz, Esq.
jdblaw0515@aol.com
Bogenschutz Dutko & Kroll, Pa
600 S. Andrews Avenue
Suite 500
Fort Lauderdale, Florida 33301

Martha M. McBrayer
mmcbrayer@morellilaw.com
Morelli Ratner PC
950 Third Avenue, 11th Floor
New York, New York 10022

Jana M. Leichter
Jana.leichter@csklegal.com
Cole, Scott, & Kissane, PA
1645 Palm Beach Lakes Blvd
Second Floor
West Palm Beach, Florida 33401